# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

**UNITED STATES OF AMERICA**,

        Plaintiff,

    vs.                                                   **ORDER**
                                                Criminal File No. 07-201 (MJD/FLN)

**OSWALDO QUIROZ-MENDIETA (1)**,

        Defendants.

---

Jeffrey M. Bryan and Michael L. Cheever, Assistant United States Attorneys, counsel for Plaintiff.

Daniel L. Gerdts, Brink & Gerdts, P.A., Counsel for Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Franklin L. Noel dated August 15, 2007. Defendant filed no objections to the R&R.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court adopts the Report and Recommendation dated August 15, 2007.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1.      Defendant Quiroz-Mendieta's motion to suppress all evidence obtained from unlawful searches and seizures [Docket No. 45] is **DENIED**.


Dated: September 28, 2007

BY THE COURT:

S/Michael J. Davis
The Honorable Michael J. Davis
United States District Court Judge